In the Matter of WILLIAM COKE, Appellant, v GREEN HAVEN CORRECTIONAL FACILITY et al., Respondents.

Submitted January 5, 2009; decided February 12, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

Chief Judge LIPPMAN taking no part.